ABRAM M. Roos, Appellant, *v.* HENRIETTA TREMPER, Respondent.

(Argued October 22, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and ordered a new trial.

*W. F. O'Neill* for appellant.

*B. R. Champion* for respondent.

Agree to affirm order, and judgment absolute ordered for defendant on stipulation; no opinion.

All concur.

Judgment affirmed, and ordered accordingly.